# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMUEL GOMEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80027

**FILED**

DEC 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF REVERSAL AND REMAND

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

Appellant Samuel Gomez contends that the district court abused its discretion by denying his petition without appointing counsel. We agree. *See* NRS 34.750(1). Gomez's petition indicated that he did not comprehend the proceedings or understand English. Gomez relied on an interpreter during trial. Gomez received a significant sentence, this was his first petition challenging his judgment of conviction and was accompanied by a certification of indigency, and he raised claims that arguably require the assistance of counsel to conduct discovery. Accordingly, we conclude that the district court abused its discretion when

20-45544

it denied Gomez's request for counsel. *See id*; *Renteria-Novoa v. State*, 133 Nev. 75, 76, 391 P.3d 760, 760-61 (2017). We therefore

ORDER the judgment of the district court REVERSED AND REMAND this matter to the district court for proceedings consistent with this order.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Mary Kay Holthus, District Judge
Emily K. Strand
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk